**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00603-CR

### CONRAD JEROME MORGAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Cause No. 1260983D**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this Court. *See* TEX. R. APP. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.
Do Not Publish - TEX. R. APP. P. 47.2(b)